MARIE DUDLEY, Appellant, *v.* ELIZABETH B. VANDERPOEL, Defendant, and CARROLL WHITAKER, Respondent.

Reported below, 119 App. Div. 928.
(Argued November 18, 1907; decided November 26, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 29, 1907, which affirmed an order of Special Term imposing terms as a condition to the granting of a motion for substitution of attorneys.

Also motion on the part of appellant for leave to file a new and amended undertaking.

The motion to dismiss was made upon the grounds that the appeal was not taken in time, and that a proper undertaking had not been filed.

. *Carroll Whitaker* for motion to dismiss.

*Rollin Tracy* opposed.

Motion to dismiss appeal denied, without costs, and motion for leave to file a new and amended undertaking granted upon payment of ten dollars within ten days.